NUMBER 13-06-215-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_______________________________________________________ 


IN THE MATTER OF M.M., A JUVENILE


 

________________________________________________________


On appeal from the Juvenile Court of 


of Bell County, Texas.


 _______________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Garza
Memorandum Opinion Per Curiam

 

 Appellant, M. M., A JUVENILE, perfected an appeal from a judgment entered
by the Juvenile Court of Bell County, Texas, in cause number 202,297-C. After the
record was filed, appellant filed a motion to dismiss the appeal. In his motion, 
appellant states that he no longer wishes to pursue this appeal. Appellant requests
that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 14th day of September, 2006.